## WAIKULANI *v.* J. O. CARTER et al.

EXCEPTIONS FROM CIRCUIT COURT, FIRST CIRCUIT.

SUBMITTED APRIL 4, 1899.                    DECIDED JUNE 5, 1899.

JUDD, C.J., FREAR and WHITING, J.J.

Costs under Rule 24 (C) of the Circuit Courts and under Section 1372, Civil Laws.

The plaintiff discontinued his action. A commission to take testimony issued on motion of defendant, and the commissioner's fee was ordered by the circuit judge to be made costs of court and the plaintiff's attorney was held liable under Rule 24 (C) to pay this to the clerk as costs of court incurred by his client.

### OPINION OF THE COURT BY WHITING, J.

On motion of the defendant, a commission to take testimony in California was issued and on its return, the circuit court fixed the commissioner's fee and expense at $15.25 and ordered it to be added to the costs of court. The case was discontinued by the plaintiff. The plaintiff's attorney then withdrew the balance of the deposit required to be made with the clerk prior to this order of the court, and, there being no funds to the credit of plaintiff, the clerk charged the $15.25, commissioner's fee, against the attorney for plaintiff, to which he objects, claiming that it is a cost of court incurred by defendants and not by plaintiff, and that thereby the defendant's attorneys are liable. The plaintiff's attorney moved the Circuit Court for an order relieving him from liability, but the court overruled said mo-

tion, it holding that under Rule 24c of the Circuit Courts, attorneys of a losing party are liable for all costs of court, and that the word "incurred" in said rule refers to the final liability for costs at the termination of a case and not to the time of the first inception of the costs, also that plaintiff's attorney was liable for the commissioner's fee as costs of court, and he was ordered to pay the same.

Rule 24c. Rules of the Circuit Courts. Attorneys shall be liable for costs of court incurred by their respective clients.

The commissioner's fee is costs of court. Section 1372, Civil Laws.

"The costs of every application for any rule or order to be made for the examination of witnesses under any commission by virtue of this Act, and of the rule or order and proceedings thereupon, shall be costs in the cause unless otherwise directed either by the judge making such rule or order, or by the judge before whom the trial or enquiry of the cause may be had, or by the court wherein the action shall be depending."

This rule 24c was made for the protection of the court and not for the protection of the parties. Costs of court referred to in the rule cover only what are strictly costs of court. They do not include "fees" or disbursements. *Kanahcle v. Wakefield* 11 Haw. 259. The commissioner's fee being costs of court, the clerk of court has the right to look to the attorney who is liable for costs of court, who in this instance is the attorney of the plaintiff.

Exceptions overruled.

*L. A. Dickey, pro se.*

*Kinney, Ballou & McClanahan,* contra.